# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ] | |
| | ] | |
| v. | ] | 6:25-cr-438-ACA-JHE-3 |
| | ] | |
| **ROBERT MORGAN MADISON,** | ] | |
| | ] | |
| Defendant. | ] | |

## ORDER

Defendant Robert Morgan Madison moves for a speedy trial and to sever his trial from that of his codefendants. (Docs. 55, 66). The magistrate judge issued a report recommending that the court deny the motions. (Doc. 77). Mr. Madison has not filed any objections. After carefully reviewing the record and the report and recommendation, the court **ADOPTS** the report, **ACCEPTS** the recommendations, and **DENIES** the motion for a speedy trial and the motion to sever.

**DONE** and **ORDERED** this January 26, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE